May 25, 1993

[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

____________________

No. 92-2409 

JAMES M. MOONEY,

Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF DEFENSE, ETC.,

Defendant, Appellee.

____________________

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Martin F. Loughlin, 
Senior U.S. District Judge
]

____________________

Before

 Torruella, Cyr and Stahl,

Circuit Judges
.

____________________

James M. Mooney
 on brief pro se.

Peter E. Papps
, Acting United States Attorney, and 
Gretchen Leah Witt
, Assistant United States Attorney, on Motion for Summary Disposition, for appellee.

____________________

____________________

 
Per Curiam
affirmed
. Appellant's multiple objections to our orders denying his motions for oral argument and appellant's motion for authentication are 
denied
.